THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DiscoverOrg, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APIHub, Inc. d/b/a Clearbit, <br><br> Defendant. | Case No. 3:17-cv-05941-BHS <br><br> **STIPULATED MOTION AND ORDER TO EXTEND RESPONSE DEADLINES RELATED TO MOTION TO DISMISS** <br><br> NOTED FOR CONSIDERATION DECEMBER 26, 2017 |

**STIPULATED MOTION TO EXTEND RESPONSE DEADLINES RELATED TO MOTION TO DISMISS**

Plaintiff DiscoverOrg, LLC and Defendant APIHub, Inc. d/b/a Clearbit hereby submit the following Stipulated Motion to Extend the Response Deadlines Related to the Motion to Dismiss. Specifically, the parties agree to extend the deadlines to file the response to Clearbit's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. # 11) from January 8, 2018 to February 5, 2018. The parties further agree to extend the deadline to file the reply in support of the Motion to Dismiss from January 12, 2018 to February 9, 2018.

The parties agree that these extensions are necessary to allow them to engage in meaningful settlement discussions. The parties believe that the extensions will benefit the parties and the court by allowing the parties to focus on resolution and avoid unnecessary briefing expenses as well as expenditures of judicial resources. The parties do not believe that the extensions will prejudice either party or further affect the overall case schedule.

STIPULATION AND PROPOSED ORDER RE
EXTENSION OF TIME - 1
Case No. 3:17-cv-05941-BHS
710004.0033/7165445.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98101-9402
206-223-7000 FAX: 206-223-7107

Therefore, the parties respectfully request that this Court enter an order extending the briefing deadlines.

Respectfully submitted,

DATED: December 26, 2017

*s/ Benjamin Stone*
Benjamin J. Stone, WSBA No. 33436
Attorneys for Defendant APIHub, Inc. d/b/a Clearbit

Lewis Brisbois Bisgaard & Smith LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Email:    Benjamin.stone@lewisbrisbois.com

DATED: December 26, 2017

*s/ Tiffany Scott Connors*
Parna A. Mehrbani, WSBA No. 41631
Tiffany Scott Connors, WSBA No. 41740
Attorneys for Plaintiff DiscoverOrg, LLC

Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111-9402
Phone:   206-223-7000
Fax:     206-223-7107
Email:   mehrbanip@lanepowell.com
         connorst@lanepowell.com

STIPULATION AND PROPOSED ORDER RE
EXTENSION OF TIME - 2
Case No. 3:17-cv-05941-BHS
710004.0033/7165445.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98101-9402
206-223-7000 FAX: 206-223-7107

**ORDER**

IT IS SO ORDERED.

DATED: 2 January 2018

_____
Honorable Benjamin H. Settle

STIPULATION AND PROPOSED ORDER RE
EXTENSION OF TIME - 3
Case No. 3:17-cv-05941-BHS
710004.0033/7165445.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98101-9402
206-223-7000  FAX: 206-223-7107